UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOVANNY ACUNA-MARTINEZ,<br><br>　　　　　　　　　　Plaintiff<br><br>　v.<br><br>C.O.,<br><br>　　　　　　　　　　Defendant | Case No. 2:23-cv-01390-ART-MDC<br><br>ORDER |

**I.　DISCUSSION**

Plaintiff is no longer at the address listed with the Court and mail is being returned as undeliverable. (ECF Nos. 6, 8).  On April 29, 2024, the Court gave Plaintiff until May 24, 2024, to file an updated address with the Court.  (ECF No. 7).  In response, the prison law librarian noted that mail was undeliverable, but that Plaintiff was at Lovelock Correctional Center.  (ECF No. 8).

Pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."  Nev. Loc. R. IA 3-1.

This Court grants Plaintiff until June 28, 2024, to file his updated address with this Court.  If Plaintiff does not update the Court with his current address by that date, this case will be subject to dismissal without prejudice.  The Court will send a one-time courtesy copy of this order to Plaintiff at Lovelock Correctional Center.

**II.　CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff will file his updated address with the Court on or before June 28, 2024.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order,

1 | this case will be subject to dismissal without prejudice.

2 |     IT IS FURTHER ORDERED that the Clerk of the Court send a one-time courtesy
3 | copy of this order to Plaintiff at Lovelock Correctional Center.

5 |     DATED THIS 3rd day of June 2024.

_____
Hon. Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE